| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** JUDGE KENNELLY 08CR 0160 MAGISTRATE JUDGE ASHMAN | DOCKET NUMBER *(Tran. Court)* 4:07CR00183-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Amal Alrub | DISTRICT Southern District of Texas | DIVISION Houston |
|---|---|---|
| | NAME OF SENTENCING JUDGE David Hittner | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/08/2008 — TO 01/07/2009 |

| OFFENSE | |
|---|---|
| Receipt of misbranded drugs | FILED FEB 2 5 2008 |

U.S. PROBATION OFFICE CHICAGO, ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

2/6/08
Date

*(signed)* David Hittner
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

FEB 2 2 2008
Effective Date

*(signed)*
United States District Judge