UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) No. 08 CR 160 ) |
| AMAL ALRUB, | ) ) |
| Defendant, | ) |

**MOTION FOR COURT TO ALLOW DEFENDANT TO LEAVE THE JUDICIAL DISTRICT**

Now come the Defendant, AMAL ALRUB, by and through her attorney, Rouhy J. Shalabi, and moving the honorable court to allow defendant to temporarily leave the judicial district, states as follows:

1. On January 10, 2008, defendant was sentenced in the above matter to Supervised Release by the Honorable United States District Judge for the Northern District of Illinois.

2. A condition of the Court's order was that defendant shall not leave the judicial district without permission of the court or probation officer.

3. Defendant wishes to leave the judicial district for a period of two weeks, commencing May 15, 2008 through May 29, 2008.

4. Defendant has informed her Probation Officer, Margarita Flores, who has no objection to defendant leaving the judicial district for two weeks.

WHEREFORE, Defendant prays this Honorable Court for an order granting her leave to travel outside the judicial district.

_____
Attorney for Defendant

Rouhy J. Shalabi
4700 West 95th Street
Oak Lawn, Illinois 60453
(708) 636-1015