AHL

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CR 160 |
| Vs. ) | |
| ) | |
| AMAL ALRUB, ) | |
| ) | |
| Defendant, ) | |

FILED
MAY - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**

To: Sergio Acosta
Virginia Peters
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois  60604

On May 9, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, in the courtroom usually occupied by him in Room 21, Federal Building located 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached motion seeking leave for defendant to temporarily leave the judicial district.

Rouhy J. Shalabi
Attorney for Defendant
4700 West 95th Street
Oak Lawn, Illinois 60453
(708)636-1015
Attorney's Code: 26661

**PROOF OF SERVICE (Delivery, mail or facsimile)**

The undersigned hereby certifies as provided by law pursuant to IL. REV. STAT. CHAP 110-SEC 1-109, that the above Notice and any attached pleadings were (x)personally served or (x)placed in the U.S. mail at 4700 West 95th Street, Oak Lawn, Illinois, properly addressed, with first class postage prepaid and ( )served via facsimile to the party at the addresses set forth above on May 7, 2008.