## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 160 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. Amal Alrub | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to allow travel. Motion granted. Defendant is allowed to travel to Nuevo Laredo, Mexico from 5/15/2008 through 5/29/2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|