# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 160 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. Amal Alrub | | |

**DOCKET ENTRY TEXT**

The case is set for a status hearing on 7/22/08 at 1:30 p.m. and directs the Clerk to mail a copy of this order to Assistant United States Attorney Sergio Acosta and to defense counsel, Rouhy Shalabi, 4700 W. 95th St., Oak Lawn, IL 60453.

■[ For further details see text below.]        Docketing to mail notices.

## STATEMENT

The Court has received from Probation a report stating that when defendant returned to the United States on 5/17/08, she was arrested by immigration officials and is being held pending removal. The Court is somewhat perplexed by this, as defendant sought and obtained leave of Court, without objection by the government, to travel to and from Mexico - and there was no indication that her reentry would subject her to arrest and detention, let alone removal from the country.

| | Courtroom Deputy Initials: | OR |
|---|---|---|